<u>**EXHIBIT A**</u>



US006343290B1

(12) **United States Patent**

Cossins et al.

(10) Patent No.: **US 6,343,290 B1**

(45) Date of Patent: ***Jan. 29, 2002**

(54) **GEOGRAPHIC NETWORK MANAGEMENT SYSTEM**

(75) Inventors: **Robert N. Cossins**, Spring Hill; **Scott A. Evans**, Lenexa, both of KS (US)

(73) Assignee: **Celeritas Technologies, L.L.C.**, Overland Park, KS (US)

( * ) Notice: This patent issued on a continued prosecution application filed under 37 CFR 1.53(d), and is subject to the twenty year patent term provisions of 35 U.S.C. 154(a)(2).

Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/470,553**

(22) Filed: **Dec. 22, 1999**

(51) Int. Cl.[7] .......................... **G06F 17/30**; G06F 15/16

(52) U.S. Cl. ........................ **707/10**; 707/104; 709/217; 709/218

(58) Field of Search .................. 707/10, 104; 709/217, 709/218

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,932,022 A | 6/1990 | Keeney et al. | ................. 370/60 |
| 5,095,500 A | 3/1992 | Tayloe et al. | ................. 379/32 |
| 5,285,494 A | 2/1994 | Sprecher et al. | ................. 379/59 |
| 5,451,839 A | 9/1995 | Rapaport et al. | ........... 375/224 |
| 5,488,715 A | 1/1996 | Wainwright | ........... 395/182.02 |
| 5,490,285 A | 2/1996 | Ahlenius et al. | ........... 455/33.1 |
| 5,610,839 A | 3/1997 | Karolak et al. | ............. 364/514 |
| 5,726,979 A | 3/1998 | Henderson et al. | ......... 370/254 |
| 5,742,762 A | 4/1998 | Scholl et al. | ........... 395/200.3 |
| 5,761,429 A | 6/1998 | Thompson | ............. 395/200.54 |
| 5,774,689 A | 6/1998 | Curtis et al. | ................. 395/500 |
| 5,796,951 A | 8/1998 | Hamner et al. | ........ 395/200.53 |
| 5,799,154 A | 8/1998 | Kuriyan | ................. 395/200.53 |
| 5,812,750 A | 9/1998 | Dev et al. | .............. 395/182.02 |
| 5,848,373 A | * 12/1998 | Delorme et al. | ............ 701/200 |
| 5,870,558 A | 2/1999 | Branton, Jr. et al. | .... 395/200.54 |
| 5,884,147 A | 3/1999 | Reudink et al. | .......... 455/67.1 |
| 5,930,474 A | * 7/1999 | Dunworth et al. | ........... 707/10 |
| 5,946,687 A | * 8/1999 | Gehani et al. | ................ 707/10 |
| 5,966,135 A | * 10/1999 | Roy et al. | .................... 345/433 |
| 5,990,886 A | * 11/1999 | Serdy et al. | ................. 345/329 |

OTHER PUBLICATIONS

Hildebrandt et al., Dynamic Geospatial Image Mosaics uisng JAVA, JAI, RMI and COBRA, IEEE, pp. 254–264, Nov. 1999.*

* cited by examiner

*Primary Examiner*—Thomas Black
*Assistant Examiner*—Frantz Coby
(74) *Attorney, Agent, or Firm*—Lathrop & Gage, L.C.

(57) **ABSTRACT**

A geographic network management system (GNMS) comprises a web server, a database server, and a map server. A user browser connected to the GNMS transmits a search criteria to the web server. The web server transmits the search criteria to the map server. The map server geocodes the search criteria, obtains network data and geospatial data from the database server corresponding to the geocode, and transmits the geocode, the network data, and the geospatial data to the web server. The web server transmits the geocode, the network data, and the geospatial data to the user browser. The network data and the geospatial data are displayed on the user browser as a map displaying network elements of a telecommunication network relative to other network elements, geographic elements, and customers. One or more of the network elements have associated performance elements that display performance characteristics that signify performance attributes associated with the network element. The user browser can navigate through other network data and geospatial data by selecting network elements on the map or by selecting navigation tools or navigation tabs displayed in conjunction with the map.

**110 Claims, 40 Drawing Sheets**



Ex.A-1



FIG. 1

FIG. 3



FIG. 2



FIG. 4



FIG. 5



FIG. 6



FIG. 7A

Case 6:20-cv-01302-JAR-JPO   Document 1-1   Filed 10/29/20   Page 8 of 57



FIG. 7B



FIG. 8



FIG. 9



FIG. 10



FIG. 11



FIG. 12

Ex.A-13

Case 6:20-cv-01302-JAR-JPO   Document 1-1   Filed 10/29/20   Page 14 of 57



FIG. 13



FIG. 14



FIG. 15



FIG. 16



FIG. 17

Case 6:20-cv-01302-JAR-JPO   Document 1-1   Filed 10/29/20   Page 19 of 57



FIG. 18



FIG. 19



FIG. 20



FIG. 21



FIG. 22A



FIG. 22B



FIG. 23



FIG. 24



FIG. 25



FIG. 26

FIG. 27

**SpatialObjects Trouble Ticket Entry Utility**

Ticket ID:          2692
Cross Street 1:     87th and Antioch
Cross Street 2:
City:               Lenexa
State:              KS
Zip:
Ticket Type:        FAST BUSY
Customer Email:     me@yourcomp.com

**Geocode Results**

| | |
|---|---|
| Ticket ID: | 2692 |
| Latitude: | 38.963539 |
| Longitude: | -94.76846 |
| Coverage Attributes: | Unknown |
| Trouble Area Attributes: | No |
| Other tickets at this location?: | No |
| Neighboring Cell Count: | 1 |
| Neighboring Ticket Count: | 0 |
| Search Radius: | 5 |

FIG. 28



FIG. 29



FIG. 30



FIG. 31



FIG. 32



FIG. 33



FIG. 34



FIG. 35



FIG. 36

**U.S. Patent** Jan. 29, 2002 Sheet 38 of 40 US 6,343,290 B1



FIG. 37



FIG. 38

**U.S. Patent**     Jan. 29, 2002     Sheet 40 of 40     US 6,343,290 B1



FIG. 39

US 6,343,290 B1

1

# GEOGRAPHIC NETWORK MANAGEMENT SYSTEM

## FIELD OF THE INVENTION

The present invention relates to the field of telecommunication network configuration and management using geographic data and network data.

## BACKGROUND OF THE INVENTION

Managing wireline and wireless networks has become increasingly difficult. Service providers now connect calls for digital wireless communications and/or analog wireless communications ("wireless communications") and/or wireline communications. The service providers must provide expansive coverage, adequate capacity, high reliability, and quality customer service to be competitive in the market and to meet consumer needs. As used herein, the terms "customer" and "consumer" are used synonymously to mean a subscriber of a telecommunication service from a telecommunication service provider. An example of a customer is a person or a company subscribing to (i.e. purchasing) wireless telephone service from a wireless telephone service provider. Therefore, a system is needed to view, configure, and manage wireline and wireless networks and to provide network data to a user of the system in a context that makes the network data useful and efficient for viewing, configuration, and management.

## SUMMARY OF THE INVENTION

The invention comprises a system for managing a cell network. The system comprises a database server, a web server, and a map server. The database server is configured to retrieve and to transmit network data and geographic data. The web server is configured to receive a search criteria, to transmit the search criteria, to receive a map, and to transmit the map. The map server is configured to receive the search criteria from the web server, to geocode the search criteria, to retrieve network data and geographic data from the database server corresponding to the geocode, and to generate the map comprising the network data and the geographic data.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a block diagram of a geographic network management system in accordance with an embodiment of the present invention.

FIG. 2 is a diagram of network elements and geographic elements in a telecommunication system in accordance with an embodiment of the present invention.

FIG. 3 is a block diagram of an expanded geographic network management system in accordance with an embodiment of the present invention.

FIG. 4 is a block diagram of an expanded geographic network management system in accordance with an embodiment of the present invention.

FIG. 5 is a diagram of network elements and geographic elements in a telecommunication system for a screen display in accordance with an embodiment of the present invention.

FIG. 6 is a block diagram of an orientation of a geographic network management system in accordance with an embodiment of the present invention.

FIG. 7A is a block diagram of an orientation of a geographic network management system in accordance with an embodiment of the present invention.

2

FIG. 7B is a block diagram of an orientation of a redundant geographic network management system in accordance with an embodiment of the present invention.

FIG. 8 is a block diagram of a graphical interface of a geographic network management system in accordance with an embodiment of the present invention.

FIG. 9 is a screen view of a screen in accordance with an embodiment of the present invention.

FIG. 10 is a screen view of a screen in accordance with an embodiment of the present invention.

FIG. 11 is a screen view of a screen in accordance with an embodiment of the present invention.

FIG. 12 is a screen view of a screen in accordance with an embodiment of the present invention.

FIG. 13 is a screen view of a screen in accordance with an embodiment of the present invention.

FIG. 14 is a screen view of a screen in accordance with an embodiment of the present invention.

FIG. 15 is a screen view of a screen in accordance with an embodiment of the present invention.

FIG. 16 is a screen view of a screen in accordance with an embodiment of the present invention.

FIG. 17 is a screen view of a screen in accordance with an embodiment of the present invention.

FIG. 18 is a screen view of a screen in accordance with an embodiment of the present invention.

FIG. 19 is a screen view of a screen in accordance with an embodiment of the present invention.

FIG. 20 is a screen view of a screen in accordance with an embodiment of the present invention.

FIG. 21 is a screen view of a screen in accordance with an embodiment of the present invention.

FIG. 22A is a screen view of a screen in accordance with an embodiment of the present invention.

FIG. 22B is a screen view of a screen in accordance with an embodiment of the present invention.

FIG. 23 is a screen view of a screen in accordance with an embodiment of the present invention.

FIG. 24 is a screen view of a screen in accordance with an embodiment of the present invention.

FIG. 25 is a screen view of a screen in accordance with an embodiment of the present invention.

FIG. 26 is a screen view of a screen in accordance with an embodiment of the present invention.

FIG. 27 is a screen view of a screen in accordance with an embodiment of the present invention.

FIG. 28 is a screen view of a screen in accordance with an embodiment of the present invention.

FIG. 29 is a screen view of a screen in accordance with an embodiment of the present invention.

FIG. 30 is a screen view of a screen in accordance with an embodiment of the present invention.

FIG. 31 is a screen view of a screen in accordance with an embodiment of the present invention.

FIG. 32 is a screen view of a screen in accordance with an embodiment of the present invention.

FIG. 33 is a screen view of a screen in accordance with an embodiment of the present invention.

FIG. 34 is a screen view of a screen in accordance with an embodiment of the present invention.

FIG. 35 is a screen view of a screen in accordance with an embodiment of the present invention.

US 6,343,290 B1

**3**

FIG. 36 is a screen view of a screen in accordance with an embodiment of the present invention.

FIG. 37 is a screen view of a screen in accordance with an embodiment of the present invention.

FIG. 38 is a screen view of a screen in accordance with an embodiment of the present invention.

FIG. 39 is a screen view of a screen in accordance with an embodiment of the present invention.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

The present invention provides a system for managing one or more telecommunication networks. This system manages wireline and wireless networks using network data and geospatial data to provide a geographical representation of a telecommunications network through a graphical interface for a user. The system is used to view, monitor, configure, and manage telecommunication networks. As used herein, network data comprises equipment data, performance data, including trouble ticket data, event data, alarm data, customer service data, and/or configuration data for calls, for network elements, and/or for performance elements. A trouble ticket is an entry of data for a reported problem in service. For example, a customer may call customer service of a service provider to report that the customer's call has been dropped. The customer service user then enters data regarding the customer or the call, including the geographic location of the customer and the call and the service problem, such as a trouble ticket. Service problems may include, among others, blocked calls, dropped calls, fast busy, unspecified, or others. As used herein, geospatial data comprises geographic data and/or spatial data. Geographic data includes location data comprising data identifying latitude, longitude, addresses, city, state, county, streets, street crossings, and/or other location data. Spatial data comprises data of or representing geographic elements, including streets or highways, streams, lakes, other bodies of water, parks, mountains, terrain, land marks, structures, and/or other geographic identification data, including image data and/or text data.

The present invention can be used to display network elements, with or without performance elements, relative to each other, relative to customers, and relative to geographic elements. This allows users of the invention to provide factual, data-based feedback to customers. For example, a user can inform a customer that a cell site is not operational or that trouble areas are existent and known and when the service will be restored.

FIG. 1 illustrates an exemplary embodiment of the management system 102 of the present invention. The management system 102 comprises a geographic network management system (GNMS) 104 communicating with a user 106 and one or more network elements 108 and 110.

The GNMS 104 receives and stores network data. Typically, the GNMS 104 has geospatial data or can receive and store geospatial data. The GNMS 104 organizes the network data and the geospatial data to be output to a user, when needed, in a context that allows the user readily to view, monitor, configure, and manage the network data and the network elements. The GNMS 104 generates data for display of network data with relation to the geospatial data to illustrate the physical locations of network elements and associated performance elements, geographic elements, and customers in a telecommunication system, configures network data and geospatial data for respective network elements and geographic elements in a telecommunication

**4**

system, configures performance parameters and operational parameters and components associated with network elements, and manages network data and performance and operational parameters and components associated with network elements.

In addition to providing configuration of network elements, the GNMS 104 tracks and manages trouble tickets, trouble areas, and performance of network elements for a telecommunication network. A user of the GNMS 104 may enter trouble tickets for problems reported by customers. The user also may select one or more trouble tickets to close when the problem is resolved. The GNMS 104 can be configured to transmit explanations of problem resolutions to customers by, for example, an email, a text pager, an automated voice response, a voice mail, or other transmission mechanisms. This notification serves to build customer loyalty.

The GNMS 104 automatically creates customer defined "trouble areas" when a new trouble ticket is created within a specified range of a specified number of other trouble tickets. The range and the number can be defined by a user or pre-set. In addition, the GNMS 104 allows entry of an engineer defined or user defined trouble area. The engineer defined/user defined trouble area is a known trouble area whose problem, parameters, and perimeters are defined and described by an engineer or another user. A script describing the problem of the trouble area or the anticipated resolution of the problem may be entered by an engineer or another user. If a new trouble ticket is entered for the trouble area, the script will be displayed to the user so the resolution explanation can be relayed to the customer. The defined trouble area is depicted on a geographic display to the user.

The user 106 is hardware or software that communicates with the GNMS 104. The user 106 transmits and receives network data and geospatial data to and from the GNMS 104. The user 106 has a display that displays the network data and the geospatial data in a graphical display. Therefore, the user 106 displays the network elements and other network data, including trouble tickets, the geographic elements, and any defined areas, such as customer defined trouble areas or known engineer defined trouble areas.

The network elements 108 and 110 comprise a cell site, an element of a cell site, such as an antenna, a base transceiver, or a switch, such as a local exchange carrier (LEC) switch, an interexchange carrier (IXC) switch, or a tandem switch, a wireline circuit, a wireless circuit, a phone, a service platform, a legacy based information system, a network data supplier, or any other device or medium capable of transmitting or receiving communications or signaling, including network data and geospatial data, to or from the GNMS 104. A service platform can be, for example, a computer platform capable of processing calls. Examples of service platforms include operator services platforms, directory assistance platforms, prepaid call processing platforms, voice mail platforms, and digital service unit platforms.

FIG. 2 illustrates an exemplary embodiment of a telecommunication system 202 having network elements and geographic elements with network data and geospatial data for which network elements may be viewed, monitored, configured, and managed. FIG. 2 illustrates network elements relative to their respective physical locations and relative to geographic elements and customers in a geographic location of a telecommunication network 202. The telecommunication network 202 of FIG. 2 comprises cell sites 204–212, switches 214–216, another network element 218, wireline circuits 220–224, and a wireless circuit 226.

US 6,343,290 B1

5

Trouble tickets 228–236 are depicted relative to the tele-communication network 202 with its network elements 204–226 and relative to geographic elements in a geographic location of the telecommunication network, such as major roads 238–250, minor or other roads 252–260, a land mark 262, a stream 264, and a park 266. For simplicity, not all network elements capable of being in the telecommunication network 202 are depicted in FIG. 2. Those skilled in the art will appreciate that different network elements, more net-work elements, or fewer network elements may be included in the telecommunication network. Likewise, not all geo-graphic elements capable of being in a geographic location of the telecommunication network 202 are depicted in FIG. 2. Those skilled in the art will appreciate that different geographic elements, more geographic elements, or fewer geographic elements may be included in the geographic location.

The management system 102 of FIG. 1 operates as follows. A user 106 connects to the GNMS 104 and logs into the GNMS. The user 106 may enter a search criteria, such as a base transceiver station (BTS) event, an address, an intersection, a trouble ticket, a major trading area, or a cell site, to obtain a map display of an area or a telecommuni-cation network. The map is generated by the GNMS 104 and includes an identification of the network elements, such as cell sites, other network data, such as trouble ticket data, and geographic elements, such as streets and streams within a search range. The user 106 may select one of the network elements, such as a cell site or a trouble ticket. This action will initiate a process to populate network data for the selected cell or trouble ticket.

Based upon the search criteria entered by the user and the selection on the generated map, network data is output for one or more of a cell and cell status, a trouble ticket and trouble ticket problem type, cell site information, specific trouble ticket data, event and alarm data for cell sites and trouble tickets, and network statistics. In addition, the user 106 has the ability to identify and specify high traffic or high trouble areas.

The user can use the display as a mechanism to enter configuration information for the selected network element or for a new network element. Other capabilities and embodiments of the GNMS 104 are described more fully below.

FIG. 3 illustrates an exemplary embodiment of a GNMS 104A in a management system 102A of the present inven-tion. The GNMS 104A comprises a communication system 302, a data management system 304, and a geospatial system 306. The GNMS 104A is in communication with the user 106 and the network element 108. The term "system" means software and/or hardware that may be implemented as one or more components. Thus, the communication system 302, the data management system 304, and the geospatial system 306 represent logical components that are scalable and that may be implemented as software and/or hardware individually, as a single component, or as multiple components.

The communication system 302 receives and processes communications, such as queries and data, from the data management system 304 and the geospatial system 306. The communication system 302 transmits communications, such as queries and data, to the data management system 304 and the geospatial system 306. The communication system 302 receives images and text information of geospatial data from the geospatial system 306 and receives network data from the data management system 304.

6

The communication system 302 transmits communica-tions to, and receives communications from, the user 106. The communications include data and/or signaling. The communication system 302 may obtain the data or signaling from the data management system 304 and/or the geospatial system 306. The communication system 302 processes com-munications received from the user 106, including network data for network element configuration and management and other data, and, if necessary, communicates the processed network data to the data management system 304 or the geospatial system 306. The communication system 302 materializes a graphical interface to the user 106.

The data management system 304 receives and processes communications, such as queries and data, from the com-munication system 302 and the geospatial system 306. The data management system 304 transmits communications, such as queries and data, to the communication system 302 and the geospatial system 306. The data management system 304 retrieves data from, or stores data in, an associated database (not shown).

The geospatial system 306 receives and processes communications, including queries and data, from the com-munication system 302 and the data management system 304. The geospatial system 306 transmits communications, including queries and data, to the communication system 302 and the data management system 304. The geospatial system 306 communicates with the data management system 304 to obtain geospatial data. The geospatial system 306 identifies and generates a geocode, such as a latitude and longitude, for a search criteria, identifies network elements and any associated performance elements and geographic elements located within a search range of the search criteria, and generates images and text representing the identified network elements, any associated performance elements, and the identified geographic elements. The images and/or the text are displayed as a map.

As used herein, generating a map also can be construed to mean generating data and/or signaling to be used by the user 106 to display a map, depending on context. Likewise, generating geospatial data, network data, or geographic data also can be construed to mean generating data to be used by the user 106 to display the geospatial data, network data, or geographic data, depending on context. Similarly generating network elements, performance elements, geographic elements, or data thereof, display elements, or display char-acteristics also can be construed to mean generating data and/or signaling to be used by the user 106 to display the network elements, performance elements, geographic elements, or data thereof, display elements, or display characteristics, depending on context. Thus, generating any data also means generating data and/or signaling to be used by the user 106 to display representations of the data, depending on context. The term transmitting and other like terms used to describe any communication transmitted or received by any element or component of a telecommuni-cation system, including the GNMS, is used in a similar manner herein.

The GNMS 104A of FIG. 3 operates as follows. The user 106 transmits a search criteria to the communication system 302 in a communication. The communication system 302 processes the search criteria and transmits the search criteria to the geospatial system 306. The geospatial system 306 geocodes the search criteria, obtains network data and geospatial data from the data management system 304 corresponding to the geocode, and transmits the geocode, the network data, and the geospatial data to the communi-cation system 302. The communication system 302 trans-

US 6,343,290 B1

7

mits the geocode, the network data, and the geospatial data to the user **106**. The network data and the geospatial data are displayed for the user **106** as a map displaying network elements of a telecommunication network relative to other network elements, geographic elements, and customers. The network elements may have associated performance elements, as described more fully below. The map also displays coverage areas, trouble areas, and layers of network data, including the display characteristics for network elements, performance elements, and geographic elements.

The user **106** navigates through other network data and geospatial data by selecting network elements on the displayed map or by using navigation tools. Additional communications are sent to the communication system **302** identifying the selections. The communication system **302** processes the communications, obtains network data and geospatial data from the geospatial system **306** or the data management system **304** and transmits the network data and the geospatial data to the user **106**. In addition, the user can enter network data to configure parameters or components of network elements. This network data is transmitted in a communication to the communication system **302** for implementation and/or storage by the data management system **304**. The network data and the geospatial data include, for example, performance data, statistical data, event data, configuration data, management data, geocode data, geographic data, and other data. In this manner, the user **106** can view, monitor, manage, and configure network data for network elements.

FIG. 4 illustrates an exemplary embodiment of a GNMS **104**B of the present invention. The GNMS **104**B comprises a web server **402**, a database server **404**, a network data database **406**, a geospatial data database **408**, a map server **410**, a geocode generator **412**, and a map generator **414**. The GNMS **104**B communicates with a network element, such as a data supplier **416**, via a connection or link and a user browser **418** via a connection or link, such as an internet protocol (IP) connection **420**. The term "server" means software and/or hardware that may be implemented as one or more components. Thus, the web server **402**, the database server **404**, and the map server **410** represent logical components that are scalable and that may be implemented as software and/or hardware individually, as a single component, or as multiple components.

The web server **402** transmits and receives communications, including network data, geospatial data, and other data, to and from the user browser **418** and processes communications. The web server **402** communicates with the user browser in any applicable format or protocol. The web server **402** materializes a graphical interface, such as the graphical interface described below, to the user browser **418**.

Preferably, the web server **402** is configured to communicate with the user browser **418** using pages. A page may comprise one or more portions of code, programming, data, or other elements using any web based technology. For example, a page can be generated using hypertext markup language (HTML), dynamic HTML (DHTML), Java, and/or Java Script. In this configuration, the web server **402** receives pages from the user browser **418** and transmits pages to the user browser. The pages may contain network data, geospatial data, or other data. Pages received by the web server **402** may contain search criteria, queries, data entry, including network data or geospatial data, and other data. Other configurations of pages may be used.

The web server **402** also communicates with the database server **404** and the map server **410**. The web server **402**

8

processes communications received from the user browser **418** and transmits data received from the user browser **418** to the database server **404** or the map server **410**. The web server **402** receives geospatial data, including images and text list information, from the map server **410** and receives network data from the database server **404**.

The database server **404** receives and processes communications, such as queries and data, from the web server **402** and the map server **410**. The database server **404** also transmits communications, including network data and geospatial data, to the web server **402** and the map server **410**. The database server **404** receives and stores network data and geospatial data in, or retrieves and transmits network data and geospatial data from, the network data database **406** and the geospatial data database **408**.

The database server **404** also receives data, including geospatial data and network data, from network elements, such as the data supplier **416**. The database server **404** stores the data in the network data database **406** or the geospatial data database **408**.

In some configurations, the database server **404** is configured to receive data from the data supplier **416** in a documented format so that the data can be stored directly in the network data database **406** or the geospatial data database **408** by the database server without the database server having to specially format the data. Examples of a documented format include a flat file or a documented format from a message bus or another source. Other documented formats may be used. In other configurations, the database server **404** is configured to receive raw data, to process the raw data to a storage format, and to store the formatted data in the network data database **406** or the geospatial data database **408**. The database server **404** can be configured with an application interface to facilitate communication between the database server **404** and the data supplier **416**, if needed.

The network data database **406** is a collection of network data stored in volatile or nonvolatile memory and structured and organized for efficient access. This may include one or more related databases. Volatile or nonvolatile memory may include disk storage, persistent storage, random access memory, and other accessible memory.

The geospatial data database **408** is a collection of geospatial data stored in volatile or nonvolatile memory and structured and organized for efficient access. This may include one or more related databases. Volatile or nonvolatile memory may include disk storage, persistent storage, random access memory, and other accessible memory.

The map server **410** receives and processes communications, such as queries and data, from the web server **402** and the database server **404**. The map server **410** transmits communications, such as queries and data, to the web server **402** and the database server **404**. The map server **410** communicates with the database server **404** to obtain geospatial data and network data. The map server **410** communicates processed geospatial data and network data to the web server **402**.

The geocode generator **412** identifies and generates a geocode, such as a latitude and a longitude, based on a search criteria. Alternately, the geocode generator **412** can be configured to identify and generate other geocodes, such as a location identifier that designates a geographic location, based on a search criteria. Examples of other location identifiers are latitude and longitude coordinates, north, south, east, west, up, down, left, right, vertical and horizontal coordinates, North American data (NAD) 27, NAD **83**,

US 6,343,290 B1

9

10

axial coordinates, other ordinate systems, positioning indicators, and mark identifiers.

The map generator **414** identifies network elements and geographic elements located within a search range of a geocode and generates a map having images and/or text representing the identified network elements, including any associated performance elements, and the identified geographic elements. The map may display multiple layers of network data, including trouble tickets, network trouble areas, network alarms, network performance, switch configuration, coverage levels, cell locations, and future cell sites in their proper geographic location. Other layers may exist that may be used to understand the network data and the geographic data.

For example, the map generator **414** may generate a map having components such as those depicted in FIG. 2, as well as other data, or the map of FIG. **5** described more fully below. The map may have network data and/or geospatial data that identifies customers (e.g. by trouble tickets) in a telecommunication network relative to network elements, including any associated performance elements, geographic elements, and/or geographic locations. The map generator **414** generates a map based a navigation criteria, such as a selection of pan, zoom, or movement of a map in a direction. Direction may be specified in any form including north, south, east, west, up, down, left, right, vertical and horizontal coordinates, latitude and longitude coordinates, NAD **27**, NAD **83**, in axial coordinates, or in another ordinate system. Another example of a generated map is the map of FIG. **5**, as described more fully below.

The data supplier **416** communicates network data to the GNMS **104**B. The data supplier **416** also may be configured to communicate geospatial data to the GNMS **104**B. The data supplier **416** may be a single system, a system with sub-systems, or a multi-system or multi-component system having software and/or hardware. For example, the data supplier **120** may include a system that collects network statistics or data for network events, a system that catalogues network events, a trouble management system that tracks customer service data, or any system that collects or has network data or geospatial data. The data supplier **120** may include a proprietary computer from a telecommunication service provider, such as a wireless telephone service provider.

The user browser **418** is any software or hardware that can be used to navigate and access data. Preferably, a browser is a tool used to navigate and access web based information. In one example, the browser is an IP based browser that may use the hypertext transfer protocol (HTTP) to communicate with IP based systems over a connection or link. HTTP is a protocol for transferring pages or other documents from a processor to a browser across an intranet or internet. Preferably, the user browser **418** is an IP based browser that communicates with the web server **402** and provides the ability to access and transfer network data and geospatial data via pages. Examples of browsers include the Microsoft Internet Explorer brand browser and the Netscape Navigator brand browser.

A user uses the user browser **418** to view network data and geospatial data. A user navigates through network data and geospatial data and selects network elements to "drill down", i.e. to navigate, to another screen or to display another portion of a screen having other information for the selected network element or data. For example, a user may select a cell site on a display to see the status of the cell site.

A user may enter configuration data for network elements via the user browser **418**. The configuration data is trans-

mitted in a communication to the web server **402** and saved in the GNMS **104**B for implementation. For example, the user may enter configuration data for a parameter of a network element or a component of the network element. In this manner, a user may configure parameters or components for switches, cell sites, or other network elements, provision wireline and wireless circuits, and provide other configuration.

The connection **420** is any connection supporting transmission of communications between the web server **402** and the user browser **418**. Preferably, the connection **420** is an IP connection.

As used herein, generating a map also can be construed to mean generating data and/or signaling to be used by the user browser **418** to display a map, depending on context. Likewise, generating geospatial data, network data, or geographic data also can be construed to mean generating data to be used by the user browser **418** to display the geospatial data, network data, or geographic data, depending on context. Similarly generating network elements, performance elements, geographic elements, or data thereof, display elements, or display characteristics also can be construed to mean generating data and/or signaling to be used by the user browser **418** to display the network elements, performance elements, geographic elements, or data thereof, display elements, or display characteristics, depending on context. Thus, generating any data also means generating data and/or signaling to be used by the user browser **418** to display the data or representations of the data, depending on context. The term transmitting and other like terms used to describe any communication transmitted or received by any element or component of a telecommunication system, including the GNMS, is used in a similar manner herein.

Each of the embodiments of the GNMS described herein combines functionalities for defining and enabling data layers for viewing, configuration, and management of data with a presentation of service coverage data and network data. These functionalities provide a user the ability to access significant amounts of data for easy viewing and to drill down to more levels of data and more detailed data.

The data layers are levels of network data and/or geographic data. The data layers, when enabled, build on each other to present data in a manner analogous to transparencies each having a portion of data that builds on other data to present a more complete view of the data. One or more of the data layers can enabled or disabled to display, configure, and manage selected data on a user-by-user basis. For example, several data layers may be used to present network data for network elements to an engineer, and other data layers may be used to present other network data to a customer service person.

The data layers present network data in a context of geographic data for comparative analysis. This type of comparative analysis and presentation of network data in a geographic context allows a user to more easily understand the data and more quickly view large amounts of data.

Some of the network data and some of the geographic data are displayed as one or more display elements, including a network element, a performance element, or a geographic element. When displayed on a display, each of the network element, the performance element, and the geographic element has at least one display characteristic. The display characteristics are colors, patterns, shapes, text, symbols, or other characteristics that serve to distinguish levels of coverage, performance, network events, configured parameters, configured components, other network data, or

US 6,343,290 B1

11

geographic data for a network element or a geographic element. The display characteristic may be user-configurable in certain instances, as described more fully below.

The display characteristics for the performance elements are referred to as performance characteristics. The performance characteristics for the performance elements are displayed if performance attributes occur for performance levels. Some performance levels are user configurable, while other performance levels are pre-configured. Each of these concepts are described more fully below.

The display characteristics for the network elements are referred to as event characteristics. The event characteristics for the network elements are displayed if event attributes or performance attributes occur for event levels. Some event levels are user configurable, while other event levels are pre-configured. Each of these concepts are described more fully below.

The display characteristics for the geographic elements are referred to as geographic characteristics. Various geographic characteristics are displayed for geographic elements, such as color, size, and shape.

Data layers may be associated with different network elements. Data layers that are associated with cell sites may include, among others, a network element layer, an alarm layer, and a performance layer. Other layers associated with network data or with geographic data are described more fully below.

The network element layer displays network elements in one of two display characteristics, such as colors or patterns, depending on the status of the network element, event attributes, and performance attributes. For example, one color or pattern can indicate a healthy network element, and a second color or pattern can indicate a warning condition, a critical condition, or other condition for the network element. In another example, a cell can be displayed with a first display characteristic, such as a green color, to signify the cell site is on-air or displayed with a second display characteristic, such as a gray color, to signify that the cell site is a future cell site. Other display elements or display characteristics may be used.

An alarm layer displays network elements with multiple varied display characteristics, such as multiple colors or patterns, to indicate varied event attributes, events, event levels, degrees of event levels, or performance attributes for a network element. For example, a cell can be displayed with a display characteristic, such as a green color, to signify the cell site is not in a warning state or an alarm state, with a second display characteristic, such as a yellow color, to signify that the displayed cell site is in a warning state, and with a third display characteristic, such as a red color, to signify that the displayed cell site is in an alarm state. Other display elements or display characteristics may be used.

A performance layer displays network elements with associated performance elements. This allows a user to view, for example, an alarm status of a network element and/or a performance status of the network element at the same time. Alternately, the performance layer can be configured to display only the performance elements.

A network element can be displayed with varied display characteristics, such as colors or patterns, to signify event characteristics. A performance element associated with the network element can be displayed with varied display elements, such as colors or patterns, to signify performance levels or performance attributes of the network element. For example, a cell site can be displayed with a display

12

characteristic, such as a green color, to signify the cell site is not in a warning state or an alarm state, with a second display characteristic, such as a yellow color, to signify that the cell site is in a warning state, and with a third display characteristic, such as a red color, to signify that the cell site is in an alarm state. A performance element for the cell site can be displayed having a first display characteristic, such as a green color, to signify that the cell site does not have a warning level or a critical level, with a second display characteristic, such as a yellow color, to signify that the cell site has a warning level, and with a third display characteristic, such as a red color, to signify that the cell site has a critical level. Other display elements or display characteristics may be used.

The warning state and the alarm state for events typically are not user configurable. An event (also referred to as an event attribute) can be described as a failure, failed condition, or degradation of some network element, such as a circuit, a switch, or an SS7 link. A warning state may be pre-configured as a state in which an event occurred within a selected period of time. An alarm state may be pre-configured as a state in which a current event is occurring. Because these events are significant in a telecommunication network, a user may not have the knowledge and expertise necessary to configure the proper characteristics that would cause a warning state or an alarm state for an event associated with a network element. Although, in some embodiments the warning state and the alarm state may be user-configurable. Other states may exist or may be configured or shown.

The warning level (as opposed to the warning state for events) and the critical level are based on user configurable performance levels. Thus, a user can specify performance attributes, levels of performance attributes, or network events that will effect the warning level, the critical level, or another level causing display of a performance element. Other display elements or display characteristics may be used.

The performance element can be displayed in a form that allows a user to view the performance levels of network elements easily. Examples of performance elements having performance characteristics are display elements having colors or patterns that signify configured parameters, performance attributes, or network events or other display elements, such as text or symbols, that identify configured parameters, performance attributes, or network events. For example, one or more different shapes may be displayed proximal to the network element to signify one or more performance levels or performance attributes, a shape having more than one display characteristic, such as multiple colors, can be displayed concentrically or proximal to a network element, or the same shape as the network element may be displayed other than concentrically. Alternately, the network element can have multiple display characteristics, such as one display characteristic for the performance characteristic and another display characteristic for the event characteristic. For example, the left half of a circle can designate the performance characteristic of a cell, and the right half of a circle could designate the event characteristic of the cell. In another example, different shapes are located proximal to the network element to designate a performance characteristic or a network event, such as a flag, an exclamation point, a star, or a octagon. The shapes may be color coded or have other display characteristics. Other methods may be used.

Preferably, a performance element is a shape displayed concentrically around the display element representing the

US 6,343,290 B1

13

network element, the concentric shape being color coded to signify different performance levels for performance attributes. For example, if a performance layer is enabled, a circle can be displayed as the performance element concentrically around a circle representing a cell. The performance layer can be configured to display the concentric circle with a performance characteristic, such as a color of green, a yellow color, or a red color for one or more performance attributes or performance levels. Other display elements and other display characteristics may be used.

Performance levels of performance attributes can be configured by a user to determine how a performance element is displayed, if at all. For example, performance levels may be configured for attempts, drops, blocks, percent drops, percent blocks, channel erlangs, or other performance attributes. If one or more performance attributes reaches a configured performance level, a performance element is displayed with a performance characteristic configured to signify that performance level.

As an example, a user can configure the GNMS to display a concentric circle as a performance element and having a yellow color as the performance characteristic when a warning level of one hundred dropped calls is reached. Likewise, a user can configure the GNMS to display a concentric circle as a performance element and having a red color as the performance characteristic when a critical level of five hundred dropped calls is reached. Other examples, other configurations, and other performance attributes may be used.

The system can be configured to use a logical operator to determine whether or not to display a performance element or to determine which performance characteristic to display. In one example, the system can be configured to "and" or "or" one or more performance attributes to determine if a performance level is reached for displaying a performance element. In this example, a performance level is configured for X number of drops "and" Y number of blocks. Thus, a performance element will be displayed if both X number of drops and Y number of blocks occurs. Alternately, the system can be configured to display a performance element if either X number of drops "or" Y number of blocks occurs.

Another data layer is a coverage layer. The coverage layer identifies geographical areas of a telecommunication network that have varied levels of telecommunications service, such as excellent coverage, good coverage, average coverage, or poor coverage. Alternately, the coverage layer can identify whether a customer, i.e. a customer at a location, is inside a service area or outside a service area. Other levels of service or other methods of identifying coverage may be used.

Coverage can be identified using coverage elements, such as color-coded areas, pattern generated areas, coordinate or other ordinate identified areas, or areas encompassed within or outside of a circle area, a polygonal area, or another shaped area. Other coverage elements may be used. For example, a map may be generated with an area color coded in green to depict a good level of service covering that area. Multiple colors may be used to depict different levels of service. Alternately, an area may be color coded with two colors—one color depicting that service exists for that area and another depicting that service does not exists for that area.

FIG. 5 depicts an example of a map generated by the GNMS 104B. The map includes display elements, such as network elements, performance elements, and geographic elements. Some of the network elements include event

14

characteristics that signify event levels of network events. The performance elements include performance characteristics signifying performance levels of performance attributes. Different levels of coverage areas, engineering defined trouble areas, and customer defined trouble areas also can be provided. In the example of FIG. 5, the map 502 comprises cells 504–512, performance elements 514–522 in the form of concentric circles, switches 524–528, a network element 530, a wireless circuit 532, wireline circuits 534–540, trouble tickets 542–550, a landmark 552, a customer defined trouble area 554, an engineering defined trouble area 556, and coverage areas 558 and 560.

The cells 504–512 each have an event characteristic that signifies an event level of one or more event attributes. A different pattern is used in the example of FIG. 5 as the event characteristic to distinguish between different event levels. Although, other event characteristics may be used to distinguish between event levels, such as color codes. For example, the cells 504 and 510 include an angled cross-hatched pattern signifying that the cells are healthy and that no network events have occurred. The cell 512 includes a horizontal line pattern to signify the cell is in a warning condition for one or more network events associated with a cell. The cells 506 and 508 include a horizontal and vertical criss-cross pattern to signify a critical level for one or more network events associated with that cell.

The performance elements display performance characteristics that signify a performance level of one or more performance attributes. For example, the performance element 520 has a left to right angled striped pattern to signify that the performance level is healthy and does not arise to a warning level or a critical level. The performance elements 514 and 516 have a vertical striped pattern to signify a warning level of one or more performance attributes associated with the respective cells 504 and 506. The performance elements 508 and 512 have a right to left angled striped pattern to signify a critical level of one or more performance attributes associated with the respective cells 508 and 512. The performance attributes include configurable levels for a warning level, a critical level, or other specified levels for attributes including one or more of attempts, drops, blocks, percent drops, percent blocks, and channel erlangs. It will be appreciated that other patterns and other performance characteristics can be used, including color codes.

The customer defined trouble area 554 may be generated when X number of trouble tickets occurs in a Y range of an area. For example, a customer defined trouble area may be defined if one or more trouble tickets occurs within a radius, a vertical/horizontal range, a longitude/latitude range, a distance, an area defined by dimensions, or another range. In the example of FIG. 5, a customer defined trouble area occurs where four trouble tickets 542–548 occur within a predetermined radius. The customer defined trouble area surrounds the cells 506 and 508. Note that a user viewing the screen readily can identify that both cells 506 and 508 are in a current event failure or degradation, as specified by the event characteristic of the cells. In addition the cell 506 has a warning level for its performance level, and the cell 508 has a critical level for its performance level. By viewing this information, a user can easily determine network event problems and network performance problems in the area of the identified trouble ticket and, if needed, can describe the problem to a customer.

The engineering defined trouble area 556 is an area specified by an engineer or other authorized user as having a known problem, such as poor service. The user can enter

US 6,343,290 B1

15

an associated script describing the outage or service problem for the trouble area. If a customer calls to report a problem for a trouble ticket **550**, a user of the system can tell the customer that the area is a known trouble area, the problem associated with the trouble area, the time and/or date of resolution of the problem, and/or a description of the resolution.

In the example of FIG. **5**, the engineering defined trouble area **556** encompasses the cell **512**. A user readily can determine that a network event that is associated with the cell **512** has occurred within a specified period of time, such as 72 hours, because of the pattern of the event characteristic of the cell. In addition a user can determine that the cell has one or more critical levels of performance attributes due to the performance characteristic of the performance element **522**.

The coverage areas **558** and **560** identify levels of service coverage. The coverage areas **558** and **560** can be color coded, shaded, or identified by another display characteristic so that a user can distinguish between different levels of coverage, including excellent, good, average, or poor. In the example of FIG. **5**, the coverage area **558** is defined as having excellent coverage, and the coverage area **560** is defined as having poor coverage. The areas not specifically identified can be shaded or can be generically identified as having good coverage, another level of coverage, or as having some coverage.

A user can view parameters, components, or network elements and can configure parameters, components, or network elements by entering network data associated with the parameters, components, or network elements. This is exemplified where the switch **524** is a first provider, and the switches **526** and **528** are a second provider. An interruption of service occurs between the switches **524** and **528**. The GNMS **104B** allows the user to view network data associated with the wire line circuits **536** and **538** to determine where the interruption of service or other problem has occurred. Thus, network data for the end points of a circuit and network data associated with the service providers can be displayed to the user. In this example, the user determines that the interruption of service is associated with the wireline circuit **536**. A user can enter a work order to be issued to the appropriate service provider for repair of the wireline circuit **536**. In some embodiments, the user may enter configuration data for the wireline circuit **536** to fix the interruption of service.

With reference to FIGS. **4** and **5**, the management system **102**B operates as follows. In a first example, the connection **402** is an IP connection, and the web server **402** and the user browser **418** communicate using the HTTP protocol. The web server **402** and the user browser **418** transmit and receive network data and geographic data via pages.

The user browser **418** connects to the web server **402** via the connection **420**. The user browser **418** logs into the web server **402** by entering a login and a password. The web server **402** transmits a page to the user browser **418** so that the user browser may enter a search criteria and identify a telecommunication network having network elements and geographic elements that may be viewed, monitored, or configured. The user browser **418**, or more particularly the user using the user browser, enters a search criteria, such as an intersection of streets or an address of a street.

The user browser **418** transmits the search criteria to the web server **402** in a page. The web server **402** transmits the search criteria to the map server **410** in the form of a page containing data that, when executed, operates as a request

16

for the map server **410** to obtain a geocode corresponding to the search criteria.

The map server **410** receives and executes the page. The geocode generator **412** generates a geocode that corresponds to the search criteria. In this example, the geocode is a latitude and longitude pair corresponding to the address provided as the search criteria.

The map server **410** transmits the geocode to the web server **402** as a response in the form of a page. The web server **402** receives the page from the map server **410**, identifies the geocode data in the page, generates a new page having the geocode, and transmits the page to the user browser **418**.

The user browser **418** receives the page with the geocode, executes the page, and transmits a new page to the web server **402** requesting a list of cells and other network elements in a search range of the geocode. The web server **402** transmits the request for the list of cells and other network elements to the map server **410** in a form of a page.

The map generator **414** determines the list of cells and other network elements within the search range of the specified geocode. The map generator **412** communicates with the database server **404** to obtain the identification of the cells and other network elements within the search range of the geocode. The database server **404** responds to the query from the map generator **414** with the identification of the cells and other network elements within the search range of the geocode. The map server **410** then transmits the identification of the cells and other network elements to the web server in a page.

The web server transmits the identification of the cells and other network elements to the user browser **418** in a page. The user browser **418** receives the identification of the cells, executes the page, and transmits a new page to the web server **402** requesting a map to display the network elements and the geographic elements in the search range. The web server **402** receives a communication from the user browser **418** and transmits a page to the map server **410** requesting generation of the map.

The map generator **414** generates images and text of the network elements, including any associated performance elements, and the geographic elements for the map and transmits the map to the web server **402** in a page. The web server **402** includes the map received from the map server **410** in a page that is transmitted to the user browser **418**. The user browser **418** receives the page, and the map is displayed to a user. The map may contain network and performance elements and geographic elements depicting a telecommunication network. For example, the map may display the network elements and the geographic elements of the telecommunication system **202** depicted in FIG. **2**.

In another example, the user browser **418** communicates with the web server **402** using pages via the HTTP protocol. In this example, the user browser **418** has connected with the web server **402**, and a map is displayed to the user browser. The map displays the telecommunication system **202** of FIG. **2**. In addition, the display displayed to the user browser **418** comprises a data entry and search tools panel for entry of search criteria and search navigation and an output panel to display network data.

The user using the user browser **418** selects a network element, such as the cell **208**. Selecting the cell **208** initiates a communication from the user browser **418** to the web server **402**. Based on the communication from the user browser **418**, the web server **402** will communicate with one or both of the database server **404** and the map server **410**.

US 6,343,290 B1

17

For example, the GNMS 104B may be configured to generate a new map in which the selected cell 208 is centered in the map. A zoom may be effected, thereby generating a new map.

Selecting the cell 208 may require the web server 402 to obtain network data and geospatial data from the map server 410. Such network data and geospatial data may include cell identification, trouble ticket identification, graphical elements depicting status of a cell or a trouble ticket, including color or shape designations, and other network data, including status identification, such as dropped, blocked, closed, fast busy, or unspecified for trouble ticket type, and cell designations for cells.

The web server 402 also may require network data from the database server 404. For example, the web server 402 may request network data for cells, cell sites, trouble tickets, and other network elements or parameters, such as cell site identification data, performance statistics, and network event data.

In this example, when the user selects the cell 208 and transmits a page to the web server 402 identifying the selected cell, the web server 402 queries the database server 404 to obtain the network data associated with the cell 208. This network data includes cell site information, such as region, market, site identification, site description, latitude, longitude, on-air date, status, and/or antenna height. The network data may be combined with static data, such as the names "region", "market", "site identification", "site description", "latitude", "longitude", "on air date", "status", and/or "antenna height". The network data obtained from the database server 404 is combined with the static data and transmitted to the user browser 418 in the form of a page. If geospatial data or network data is obtained from the map server 410, the web server 402 will combine that network data and geospatial data with the network data obtained from the database server 404 and any static data to form the page.

In another example, the user browser 418 is connected to the web server 402. The user browser 418 communicates with the web server 402 using pages. In this example, a map is generated to the user browser 418 depicting the telecommunication network 202 of FIG. 2.

The user may select any network element for viewing, monitoring, or configuration. The user selects a trouble ticket 232. The selection initiates generating a page to the web server 402 identifying the selected trouble ticket 232.

The web server 402 queries the database server 404 to obtain the network data associated with the trouble ticket 232. The database server 404 responds to the web server 402 with the network data associated with the trouble ticket 234. Trouble ticket network data may include a trouble ticket identification, a trouble type, an issue date, latitude of the problem, longitude of the problem, one or more cross streets identifying the location of the problem, a city, a state, a zip code, a signal strength for the call, and/or identification of the handset used by the customer.

The web server 402 combines the trouble ticket network data with the static data and geospatial data, if any, and generates a page. The web server 402 transmits the page to the user browser 418.

In another example, the user browser 418 connects to the web server 402 via the connection 420. In this example, the user browser 418 communicates with the web server 402 using pages. After the user logs in, the web server 402 transmits a page to the user browser 418 providing for the entry of a search criteria, such as an address or an intersection. In this example, the user enters an address as the search

18

criteria and makes a selection to display a map having network elements, including any associated performance elements, and geospatial elements within a search range of that address.

The web server 402 receives the search criteria and transmits the search criteria to the map server 410. The map server 410 geocodes the search criteria and generates a map of the geocoded search criteria to the web server 402. In this example, the map server 410 obtains a list of the network elements within a search range of the specified address. The map server 410 transmits the identification and list of the network elements to the web server 402. The web server 402 includes the identification and list of the network elements and the map in the page transmitted to the user browser 418. In this example, the generated map has display elements that identify the network elements, performance elements associated with the network elements, and the geographic elements of the telecommunication network of FIG. 5. As a result, the display to the user includes the map 502 identifying the telecommunication network of FIG. 5 and an identification and listing of the network elements depicted in FIG. 5, including the associated performance elements. The user can select the network elements and network data and navigate as described above.

FIG. 6 illustrates an exemplary embodiment of an implementation of components of a GNMS. The implementation of FIG. 6 illustrates one to M web servers, one to N database servers, and one to O map servers, where M, N, and O represent any number greater than one. In the implementation of FIG. 6, the web server 402, the database server 404, and the map server 410 may communicate with each other via a link capable of transmitting communications, such as a transmission control protocol/internet protocol (TCP/IP) link.

One or more instances of the logical components of a GNMS may be located on a physical platform. For example, one or more instances of a web server may be located on a computer platform. Such an example is depicted in FIG. 7A. For simplicity, a database server is not depicted in FIG. 7A, but an instance of a database server would be present.

In addition, one or more instances of the logical components of a GNMS may be configured as a redundant system. For example, an instance of a web server may connect to more than one instance of a map server in which a first instance of the map server is designated as a main and at least another instance of the map server is designated as a redundant backup. Although, it will be appreciated that an instance of a GNMS component may be connected to more than one instance of another component without any of the instances being redundant systems.

An example of an implementation having an instance of a web server 702 connected to two instances of a map server 704 and 706, in which one instance of a map server 704 is a main system and the other instance of the map server 706 is a redundant system, is depicted in FIG. 7B. The map servers 704 and 706 reside on two platforms 708 and 710. FIG. 7B also depicts an instance of a web server 712 that is connected to three instances of a map server 714–718, none of which are redundant systems. For simplicity, a database server is not depicted in FIG. 7B, but an instance of a database server would be present.

In any of the examples of FIGS. 4–7, the map server can be configured to provide communication load balancing. Each map server then determine whether it can process additional communications and generate geocodes and maps. Each map server transmits a communication to the

US 6,343,290 B1

19

web server identifying its processing load and capabilities. The web server then determines which map server will process additional communications.

In addition, the map server can be implemented as two separate components—namely, the geocode generator and the map generator. In this configuration, the geocode generator will reside as an instance physically separate from the map generator. This configuration can increase processing efficiency if the map generator will require greater processing to generate a map with images and text than the geocode generator generating the geocode.

FIG. 8 illustrates an exemplary embodiment of a graphical interface used to enter, display, and navigate through network data and geospatial data used in conjunction with the GNMS. The graphical interface **802** of FIG. 8 comprises display components for a geospatial and/or network data input or output (GNDIO) **804**, a search tools and data entry (STDE) **806**, and a network data output (NDO) **808**. In some configurations, the graphical interface **802** also may be configured with a legend **810**, a zoom in/out **812**, and optional navigation tools **814**. Different, fewer, or greater display components may be used.

The GNDIO **804** displays the map generated by the map generator **414**. This map comprises network data and geospatial data. The map displays display elements that represent geographic elements, network elements, and performance elements within a search range of a geocode, such as a radius or a distance. Any designated search range may be used for a display, including different units of measurement. For example, the telecommunication system **202** of FIG. 2 may be depicted in the GNDIO **804** for a search range of 5.0 kilometers (km) around a specified geocode.

A user may select (i.e. "click on") any of the network elements displayed in the GNDIO **804**, including trouble tickets, to display more detailed information about the network element. The GNDIO **804** also may be used to enter network data, such as configuration data. For simplicity, graphical representations of display elements, such as network elements, are referred to as those display elements, such as network elements.

The STDE **806** allows a user to enter search criteria. The STDE **806** may comprise tabs for entry of search criteria to identify a geocode or a network element. For example, the STDE **806** may comprise tabs for entry of an address, a cell, a trouble ticket, a switch, a trading area, a base transceiver, or a network event.

The NDO **808** displays network data and geospatial data. The NDO **808** may comprise tabs for output criteria. For example, the NDO **808** may comprise tabs to display network data for a cell, a trouble ticket, a switch, a base transceiver, an identification of cells in a search range, or an identification of trouble tickets in a search range.

The legend **810** identifies components and colors or other identifying designations displayed in the GNDIO **804** and provides a description of the components and of the identifying designations. For example, the legend can identify cell sites and status, trouble areas, coverage, and definable trouble areas.

The zoom **812** allows a user to zoom in or out of a selected area of the map produced in the GNDIO **804**. If a zoom in or out is selected, a new map is generated.

The navigation tools **814** allow a user to navigate through other various options and screens available from the GNMS. This includes other displays and other functions.

FIGS. 9–35 illustrate exemplary embodiments of a graphical interface. However, other graphical interfaces or components of graphical interfaces may be used.

20

A browser is used to navigate through screens of the graphical interface. Since the graphical interface is useable in conjunction with the browser, multiple users can access the GNMS via an IP connection using pages. This allows a user to quickly and easily navigate through the screens of the graphical display, view and monitor network data and geospatial data for network elements, and enter configuration data and other network data for the network elements. Any browser may be used.

FIG. 9 depicts an example of a screen in which a search criteria may be entered. The screen **902** has a GNDIO panel **904**, an STDE panel **906**, an NDO panel **908**, and navigation tools **910**. The STDE panel **906** and the NDO panel **908** have navigation tabs **912** and **914** for selecting options for search and entry of data and for data output, respectively.

The user can select navigation tabs in the STDE panel **906** to enter a search criteria including an address, a trouble ticket, a major trading area (MTA), a base transceiver station (BTS), or a cell site. In the example of FIG. 9, a user may search with any component of an address, including a street address, an intersection, a city, a state, or a zip code or any combination thereof. Once a user has entered the search criteria, the user may select the "Display Map" button to initiate the search.

FIG. 10 depicts an example of a screen displayed to a user after a search has been initiated. In this example, the user entered a street address, a city, and a state. The GNMS receives the search criteria, determines the network data and geospatial data corresponding to the search criteria, and transmits the network data and the geospatial data to the user. A map is generated to the user in the GNDIO panel **904**. The map displays the network elements and the geographic elements within a search range of the search criteria. The search range can be predetermined or set on a user-by-user basis.

In the example of FIG. 10, the map centers at the geocode of the address entered as the search criteria. The map identifies cells, such as the cell **1002**, trouble tickets, such as the trouble ticket **1004**, known trouble areas, such as the known trouble area **1006** (i.e. a user or engineer defined trouble area), a customer defined trouble area (CDTA) **1008**, streets, such as the street **1010**, and streams, such as the stream **1012**.

A zoom **1014** and a legend **1016** also are displayed to the user. The zoom **1014** allows a user to zoom into, or zoom out of, the map area displayed to the user. The legend **1016** has legend components that identify network elements and geographic elements. In the example of FIG. 10, the network elements can be color-coded so that a user may know a status of the network elements quickly by viewing their color. In addition, any of the areas of the map displayed to the user can be color-coded so that a user may quickly identify the status of the network coverage of the area. In addition, other network data can be displayed and color-coded. For example, the trouble tickets can be color-coded so the status or a problem associated with a trouble ticket is quickly known.

The legend displayed to the user can vary based upon a user profile and layers selected for each user (See FIG. 28.) Layers may include CDTA, engineering defined trouble areas (also referred to as user defined trouble areas or known trouble areas), engineering designed coverage, future cell sites, lakes and rivers, MTAs, marketing defined coverage, network events, parks and recreational areas, trouble tickets, and other layers. For example, if the trouble ticket layer is not enabled, the identification and color-coding of trouble

US 6,343,290 B1

21                                                    22

tickets will not be displayed in the legend. Moreover, the trouble tickets will not be displayed on the map or in the NDO.

In the example of FIG. **10**, the legend **1016** comprises legend components for network cell status for on air, outage within seventy-two hours, current outage, and future site, coverage for excellent, very good, good, average, and poor, known trouble areas, customer defined trouble areas, and trouble tickets for blocked, dropped, fast busy, unspecified, and closed. Any number or units of time or units for coverage may be used, such as twenty four hours or degrees of coverage. Different, greater, or fewer legend components may be displayed.

When the map is generated to the user, network data for the network elements is populated. For example, network data for cells and for trouble tickets is populated when a map is generated. The system can be configured to default on selected navigation tabs based on a user selection.

In the example of FIG. **10**, a list of cells with a color-coded cell status in a search range of 5.0 km or 0.045 degrees is displayed to the user in the cells tab of the NDO panel. In addition, the latitude and longitude of the address entered as the search criteria, the cells, the cell identifiers, and the color-coded status of each cell are displayed. It will be appreciated that other search ranges may be used.

FIG. **11** depicts an example of the tickets tab of the NDO. The tickets tab displays the range of 5.0 km (0.045 degrees) radius. In addition, the latitude and longitude correspondent to the search criteria is displayed. The ticket tab displays the network data associated with the trouble tickets within the range. The trouble tickets are listed along with the ticket identifier, a color-coded ticket status, and the problem type, such as dropped, fast busy, blocked, closed, or unspecified. A user may select a check box to close the ticket if the ticket is not already closed.

FIG. **12** depicts an example of site information displayed to a user. A user can view the site information for any cell site by clicking on the cell site displayed in the map. This causes the GNMS to transmit the network data to the user for viewing. For example, the site information may comprise a region, a market, a site identification (ID), a site description (Desc), a latitude of the cell site, a longitude of the cell site, an on air date of the cell site, a cell site status, and/or an antenna height. The site information is populated while the network data when the user selects the cell site from the map.

FIG. **13** depicts an example of trouble ticket data displayed to a user. A user can view trouble ticket data for a particular trouble ticket by clicking on the trouble ticket in the map. This initiates an action to populate the network data for the selected trouble ticket. The trouble ticket data may include a ticket identification (ID), a problem type issue date, a latitude of the trouble ticket, a longitude of the trouble ticket, one or more cross streets, a city, a state, a zip code, a signal strength of the call, and/or an identification of the phone used by a customer.

FIG. **14** depicts an example of network data displayed to a user for network's statistics. A user may view the network statistics of a network element by clicking on the network element on the map. As explained above, this action initiates population of network data for the site information tab. The GNMS can be configured to initially display information in the site information tab or in the network information tab. The user then may switch between the two tabs. In the example of FIG. **14**, network statistics for a selected cell are displayed. The network data displayed in the network sta-

tistics tab may comprise the identification of the switch associated with the cell site, identification of the cell site, and network statistics for the selected cell site, including the date of a network event, attempts, drops, blocks, percent drops, percent blocks, channel erlang (cE), and busy hour (BH) for a call. A user may view reports of network statistics by making a selection from the available reports select box.

FIG. **15** depicts an example of a report that can be displayed to a user identifying network statistics. In the example of FIG. **15**, a report graphically identifies call attempts versus call drops and call blocks. Other reports are available to illustrate any of the network statistics.

FIG. **16** depicts an example of a screen in which the legend may be removed from the screen. A user may toggle between displaying the legend and not displaying the legend. If the legend is not displayed, a select button will be displayed in its place. A user may select the display legend button to view the legend on the screen.

FIG. **17** depicts an example of event/alarm data displayed to a user. The GNMS can be configured to display network statistic data or event/alarm data on the network tab. For example, if the layer for the network events is enabled (see FIG. **28**), then the event/alarm data will be displayed on the network tab. If the network events layer is not enabled, then the network statistics data will be displayed on the network tab. Other configurations may be used. Also, an additional tab may be added to the NDO for simultaneously viewing the event/alarm data and the network statistics data. Alternately, the network statistics data and the event/alarm data may be viewed simultaneously in the network tab.

In the example of FIG. **17**, event/alarm data is displayed. The event/alarm data may comprise any network data to display events, alarms, or network statistics. The event/alarm data of FIG. **17** comprises the cell site identification (ID), the start of the event or alarm, the end of the event or alarm, the status of the cell site, and a description of the event or alarm.

FIG. **18** depicts an example of a trouble ticket entered as a search criteria. The trouble ticket may be entered or a trouble ticket may be selected from the select box. After the user has entered the trouble ticket data, the user may display a map showing network elements and geographic elements within a range of the trouble ticket search criteria. The user initiates this action by selecting the Show Map button. A map is generated in which the trouble ticket is centered in the map area. In addition, the NDO defaults to a display for the tickets tab, as described above.

FIG. **19** depicts an example of a search criteria for an MTA search. The user can enter an MTA or select an MTA from the select box. The user initiates the search by selecting a Display Market Map button. A map identifying the network elements within the selected MTA is generated. In addition, the GNMS can be configured to default to display the tickets tab in the NDO. The tickets tab shall display the appropriate search range for the map. In this example, a search range of 236.5 km (2.128°) radius is displayed.

FIG. **20** depicts an example of a search criteria using a cell site search. In this example, the cell site search may comprise initially searching by an MTA and then searching by a list of cells. A user first can enter an MTA. A list of cells is displayed in the STDE by selecting the Show Cells button. A user can select one of the cells from the list, and a map is generated in which the selected cell is displayed in the center of the map. The map displays all network elements and geographic elements within a search range. In this example, the NDO is configured to default to the Tickets tab.

US 6,343,290 B1

23

However, the NDO can be configured to default to another tab, such as the Site Info tab or the Cells tab. In addition, the STDE can be configured for a different type of entry.

FIG. 21 depicts an example of a screen used to enter the cell site only as a search criteria. The user can enter a cell site or select a cell from the select box. A map is generated in which the map center is the selected cell site.

FIGS. 22A, 22B, and 23 depict examples of providing BTS events as a search criteria. A map is generated in which the map center is the selected cell site with the BTS event. Network statistics are generated for the selected cell site in FIG. 23.

FIGS. 22A, 22B, and 23 also depict screens used to enter an MTA as a search criteria. In FIG. 22A, a user can select an MTA from a select box of a network statistic search for a BTS event search. Once the MTA is selected, a list of cells is displayed to the user in the STDE panel, as depicted in FIG. 22B. A cell can be selected from the STDE panel or selected from the map. When a cell is selected, as from the map, the system defaults to display the network statistics for the BTS statistics tab in the NDO.

FIG. 24 depicts an example of a screen used to enter a zip code for a search criteria. A map is generated in which the map center is the center of the zip code search criteria.

FIGS. 25 and 26 depict an example of defining a trouble area. A user uses trouble area definition tools to define the trouble area. Multiple types of definition tools may be displayed. In the examples of FIGS. 25 and 26, selectable buttons for the definition tools are located in the upper portion of the map area and include a tool for defining a polygon of the area, a tool for defining a circular area, a tool for defining a square area, and a button to save the defined area. The definition tools also include a button to exit the design mode.

The design mode exit button of FIGS. 25 and 26 resembles a hand. The design mode exit button can be selected at any time during the trouble area definition process. If the design mode exit button is selected while the user is defining a trouble area, the trouble area will not be saved. If a user exits the design mode, a button will be displayed that, when selected, allows a user to enter the design mode. See, for example, FIG. 24.

FIG. 27 depicts an example of a screen displayed to a user when the save button is selected during the design mode. This screen allows a user to enter a title for the trouble area, an anticipated date of resolution (DOR) for the problem or problems resulting in the trouble area, and a comment section for the proposed resolution. An identification, such as a number, is assigned to the trouble area. It will be appreciated that different, greater, or fewer data may be entered, and a different screen may be displayed to a user for data entry. Also, a GNMS may be configured that will not display the trouble area definition screen, but merely save the trouble area once created. Moreover, other definition tools may be used.

FIG. 28 depicts an example of a trouble ticket entry utility. A user may enter identifying information for the trouble ticket, including the location of the call or caller and the problem experienced by the caller. The identifying information may include a cross-street or street address for the location of the caller experiencing the problem, a city, a state, a zip code, or a ticket problem type, such as dropped, blocked, fast busy, or unspecified. Other indicia may be included, such as a customer name, a customer email address, a customer text pager number, or a customer phone number. A ticket identification (ID) can be designated by the

24

GNMS or entered by a user. Once the ticket identifying information is entered, a user can initiate geocoding the ticket and associating known network data to the ticket, such as a neighboring cell site, by selecting a save button, such as the Geocode Ticket button. The information may be saved by committing the ticket.

FIG. 29 depicts an example of a screen used to close multiple trouble tickets. In this example, a user selects a check box for each trouble ticket to be closed and selects the Close Tickets button to initiate the action. This action causes an entry box to be displayed in which a user can enter a resolution or reason for closing the ticket. The user also can choose to notify a client (i.e. the customer) by sending an e-mail, a message to a text pager, an automated voice response message, a voice mail, or another type of message identifying the resolution. The user can finalize the ticket closing by selecting the Commit Ticket Close button.

FIG. 30 depicts an example of a menu that can be displayed to a user. Examples of some menu options include user profile to define the profile and options a user may have, layer options to select and define layer options for a user, labeling options to select and define labeling options for a user, map size, design control options, help options, and logout. Different, greater, or fewer menu options may be used.

FIG. 31 depicts an example of layer options that are available for users. Layer options may be enabled or disabled for individual users. For example, an engineer may have different selected layer options than a customer service person. Examples of layer options include customer defined trouble areas, engineering defined trouble areas, engineering designed coverage, future cell sites, lakes and rivers, MTAs, marketing defined coverage, network events or network statistics, parks and recreational areas, and trouble tickets.

FIG. 32 depicts an example of a screen used to define a user profile. In this example, a user may select options for a user classification, such as an engineer or a customer service person, a default for a search range around a search criteria for which a map will be generated and for which network elements and geographic elements will be identified, and an option to display the legend on the screen display, to not display the legend, or to display the Display Legend select button. Different, greater, or fewer user profile options may be used.

FIG. 33 depicts an example of design control options. In this example, a user can be provided the ability to define trouble areas.

FIG. 34 depicts an example of options for selecting a map size displayed to a user. A user can select one of the buttons to control the size of the map displayed.

FIG. 35 depicts an example of a login screen. The login screen requires a user to enter a valid login and a valid password for entry into the GNMS. This provides a security measure so that only authorized personnel may use the system.

FIG. 36 depicts an example of a screen used for configuration of a performance layer. The screen is used to configure whether or not a performance element is displayed, for which network elements the corresponding performance element is displayed, which performance attributes will be used to determine if a performance element will be displayed and, if so, the performance characteristic of the performance element, and the performance levels that are defined for each performance characteristic. In this example, two performance levels are configured for each of the performance attributes. These include a warning level and a

US 6,343,290 B1

25

26

critical level. For example, a performance characteristic signifying a warning level will be displayed for a performance element if the number of dropped calls is greater than or equal to 100. Likewise, a performance characteristic signifying a critical level will be displayed for a performance element if the number of dropped calls is greater than or equal to 500.

In addition, the performance characteristics can be configured using a logical operator, such as "and" or "or". If the "and" logical operator is used, all selected performance attributes must reach at least the configured performance levels before the performance characteristics of the respective performance elements will be displayed. In this example, a performance characteristic signifying a warning level will be displayed for a performance element if the number of blocks is greater than or equal to 5%. In this example, only one performance attribute was selected. However, if other performance attributes are selected, such as blocks, percent drops, and percent blocks, then a performance characteristic signifying a warning level will be displayed for a performance element if the number of blocks is greater than or equal to 10, the percentage of drops is greater than or equal to 2, and the percentage of blocks is greater than or equal to 5.

In addition, the logical operator "or" can be used in the example of FIG. 36. When the "or" logical operator is used, the performance level of only one of the selected performance attributes need be met before the performance characteristic signifying the performance level is displayed for the performance element. For example, if the performance attributes of drops and blocks is enabled, then a performance characteristic signifying a warning level will be displayed for a performance element if either the number of drops is greater than or equal to 100 or the number of blocks is greater than or equal to 10.

FIG. 37 depicts an example of a screen having multiple display elements, including geographic elements, network elements having event characteristics, and performance elements having performance characteristics. In this example, cell sites are displayed as circles. Each of the circles are color coded (i.e. shaded in FIG. 37) with an event characteristic to signify an event level. For this configuration, red would indicate a current event, such as a failure or a degradation, yellow would indicate an event occurred within a prior configured amount of time, such as 72 hours, and green would represent a healthy network element that has no current or recent events. In this example of FIG. 37, different shades of gray are used in place of colors. Thus, the darkest gray is used in place of green, a lighter gray is used in place of red, and the lightest gray is used in place of yellow.

Each of the cells has a performance element with a performance characteristic that indicates a performance level. In this example, the performance elements for the cells are concentric circles located around each cell. The performance characteristic is configured as a color code to signify a performance level of one or more performance attributes. In this configuration, green would indicate no significant performance levels for a statistical attribute, yellow would signify a warning level for one or more performance attributes, and red would signify a critical level for one or more performance attributes. In this example of FIG. 37, different shades of gray are used in place of colors. Thus, the darkest gray is used in place of green, a lighter gray is used in place of red, and the lightest gray is used in place of yellow.

FIGS. 38 and 39 depict examples of levels of coverage for a service area. FIG. 38 depicts a multitude of cell sites and trouble tickets in the context of geographic elements, such as lakes and streams. Some of the cell sites have concentric circles as performance elements to signify the performance level of those cell sites. In this example, the cell sites and the performance elements are shaded to signify their corresponding event levels and performance levels. In addition, a coverage area is shaded on the display. In this example, a customer within the shaded area is within an area of service. A customer outside of the shaded area, i.e. the white area, is not within an area of service. The map area displays all network elements, performance elements, and geographic elements within a search range, such as 60.0 km. In the example of FIG. 39, a smaller search range of 17.0 km is specified. This smaller search area allows a user to view more detail of network elements, performance elements, and geographic elements surrounding an identified network element.

FIGS. 38 and 39 also illustrate additional examples of a legend, an STDE, an NDO, and navigation tools. The legend of FIGS. 38 and 39 allows a user to select a distance of a search range surrounding a selected network element for which a map will be generated. This example depicts search ranges in kilometers, including the ability to zoom in and to zoom out in selected ranges. However, other units of measurement may be used, such as radius, miles, ordinates, other metric units, and other non-metric units. In addition, different tabs are illustrated in the STDE and the MDO. Also, different tabs are identified for the navigation tools, and different icons or buttons are used for the design mode and the associated help for the design mode.

Those skilled in the art will appreciate that variations from the specific embodiments disclosed above are contemplated by the invention. The invention should not be restricted to the above embodiments, but should be measured by the following claims.

What is claimed is:

1. A system for managing a network using a processor, the system comprising:

a database server configured to retrieve and to transmit network data and geospatial data;

a web server configured to receive a search criteria, to transmit the search criteria, to receive a map, and to transmit the map; and

a map server configured to receive the search criteria from the web server, to geocode the search criteria, to retrieve network data and geospatial data from the database server corresponding to the geocode, and to generate the map comprising the network data and the geospatial data.

2. The system of claim 1 wherein the network data comprises trouble ticket data.

3. The system of claim 2 wherein the web server further is configured to manage the trouble ticket data and to generate a transmission to a user when a trouble ticket is closed.

4. The system of claim 3 wherein the transmission comprises at least one member of a group comprising an email, a text pager, an automated voice response, and a voice mail.

5. The system of claim 2 wherein the web server further is configured to automatically create a customer defined trouble area when a new trouble ticket is created within a range of a selected number of other trouble tickets.

6. The system of claim 1 further comprising a data supplier configured to transmit to the database server at least one member of a group comprising network data and geospatial data.

7. The system of claim 1 further comprising a network data database configured to store the network data.

27
28

**8**. The system of claim **1** further comprising a geospatial data database configured to store the geospatial data.

**9**. The system of claim **1** further comprising a user browser configured to connect to the web server over a connection.

**10**. The system of claim **9** wherein the connection comprises an internet protocol connection.

**11**. A system for managing a network using a processor, the system configured to generate display elements comprising:

geographic elements having geographic characteristics;

network elements having network characteristics and generated for display in relation to the geographic elements; and

performance elements having performance characteristics and each generated for display proximal to a corresponding network element.

**12**. A system for managing a network using a processor comprising:

an interface configured to generate network data and geospatial data, that when displayed, illustrate a network element and a performance element for the network element.

**13**. A system for managing a network using a processor comprising:

an interface configured to generate network data and geospatial data that, when displayed, illustrate locations of a trouble ticket relative to a geographic element or a network element.

**14**. A system for managing a network using a processor comprising:

an interface configured to receive a search criteria, to process the search criteria to generate a map having network elements and geographic elements, and to process a selection of one network element to populate additional network data for the selected network element.

**15**. The system of claim **14** wherein the network element comprises a trouble ticket.

**16**. The system of claim **14** wherein the network element comprises a cell site.

**17**. The system of claim **14** wherein the interface further is configured to receive configuration information for the network element.

**18**. A system for managing a network using a processor comprising:

a geospatial network data input output component configured to generate for display a map having a network element relative to a geographic element;

a network data output component configured to generate for display network data; and

a search tools and data entry component configured to enable entry of a search criteria.

**19**. The system of claim **18** further comprising a legend configured to generate for display identifying designations for the network element.

**20**. The system of claim **18** further comprising a zoom configured to zoom into and out of a selected area of the map.

**21**. The system of claim **18** wherein the map has a performance element corresponding to the network element.

**22**. The system of claim **18** wherein the search criteria comprises at least one member of a group comprising an address, a cell, a trouble ticket, a switch, a trading area, a base transceiver, and a network event.

**23**. The system of claim **18** wherein the network data comprises data of at least one member of a group comprising a cell, a trouble ticket, a switch, a trading area, a base transceiver, and a network event.

**24**. The system of claim **18** further comprising a user browser configured to display the map.

**25**. The system of claim **18** wherein the network data comprises at least one member of a group comprising event data, alarm data, and network statistic data.

**26**. The system of claim **18** wherein the geospatial network data input output component is configured to enable defining a trouble area.

**27**. The system of claim **18** wherein the geospatial network data input output component is configured to generate identification of a coverage area.

**28**. The system of claim **18** further comprising a trouble ticket entry utility configured to enable entry of trouble ticket data.

**29**. The system of claim **18** wherein the network data output component is configured to enable closing a trouble ticket by selection of a select box.

**30**. The system of claim **18** further comprising a close trouble ticket utility configured to enable entry of a problem resolution for closing a trouble ticket.

**31**. The system of claim **30** wherein the close trouble ticket utility further is configured to enable selecting a notification to be generated to a customer of the problem resolution.

**32**. The system of claim **30** wherein the notification comprises at least one member of a group comprising an email, a text pager message, an automated voice response message, and a voice mail.

**33**. The system of claim **18** further comprising a performance layer utility configured to enable configuring when a performance element is to be displayed.

**34**. The system of claim **33** wherein the performance layer utility further is configured to enable configuring for which network element a corresponding performance element is to be displayed.

**35**. The system of claim **33** wherein the performance layer utility further is configured to enable configuring a performance attribute to be used to determine if the performance element is to be displayed.

**36**. The system of claim **33** wherein the performance layer utility further is configured to enable configuring a performance level for a performance attribute of the performance element.

**37**. The system of claim **33** wherein the performance layer utility further is configured to enable configuring a performance characteristic of the performance element.

**38**. A system for managing a network using a processor comprising:

a data management system configured to store and retrieve network data and geospatial data;

a geospatial system configured to receive a search criteria from the data management system, to geocode the search criteria, to retrieve network data and geospatial data from the data management system corresponding to the geocode, and to transmit the network data and the geospatial data; and

a communication system configured to receive the search criteria, to transmit the search criteria to the geospatial system, to receive network data and geospatial data from the geospatial system, and to transmit the network data and the geospatial data.

**39**. The system of claim **38** wherein the network data comprises images representing at least one member of a group comprising a network element, a performance element, and a geographic element.

**40**. A system for managing a network using a processor comprising:

US 6,343,290 B1

29

a database server configured to retrieve and to transmit network data and geospatial data;

a map server configured to receive a search criteria, to geocode the search criteria, to obtain network data and geospatial data from the database server within a range of the geocode, and to transmit the network data and the geospatial data; and

a web server configured to receive the search criteria, to transmit the search criteria, to receive from the map server network data and geospatial data, and to materialize a graphical interface having a map with network data and geospatial data.

**41**. The system of claim **40** wherein the network data comprises trouble ticket data.

**42**. The system of claim **40** wherein the database server further is configured to transmit network data to the web server.

**43**. The system of claim **40** further comprising a data supplier configured to transmit network data and geospatial data to the database server.

**44**. The system of claim **43** further comprising an application interface configured to facilitate a communication between the database server and the data supplier.

**45**. The system of claim **43** wherein the data supplier is configured to transmit the network data and the geospatial data to the database server in a documented format.

**46**. The system of claim **43** wherein the database server further is configured to process the network data and the geospatial data to a storage format.

**47**. The system of claim **40** wherein the database server comprises a geospatial data database.

**48**. The system of claim **40** wherein the database server comprises a network data database.

**49**. The system of claim **40** wherein the map server comprises a geocode generator configured to identify and generate the geocode based on the search criteria.

**50**. The system of claim **49** wherein the geocode comprises at least one member of a group comprising a latitude, a longitude, and a location identifier.

**51**. The system of claim **40** wherein the map server comprises a map generator configured to identify network elements and geographic elements within the range of the geocode and to generate the map having the network elements and the geographic elements.

**52**. The system of claim **51** wherein the map generator further is configured to generate the map comprising a performance element.

**53**. The system of claim **40** wherein the map server further is configured to generate the map comprising a plurality of data layers.

**54**. The system of claim **53** wherein the data layers comprise at least one member of a group comprising a trouble ticket, a trouble area, an alarm, a network performance, a coverage area, a coverage level, a cell location, and a switch configuration.

**55**. The system of claim **53** wherein a map comprises a trouble ticket relative to a network element and a geographic element.

**56**. The system of claim **40** wherein the web server is configured to receive configuration data for a parameter of a network element or a component of a network element.

**57**. The system of claim **40** wherein the map comprises a display element having a display characteristic.

**58**. The system of claim **57** wherein the display element comprises at least one of a group comprising a network element, a performance element, and a geographic element.

**59**. The system of claim **58** wherein the performance element is generated for display concentrically around the network element.

**60**. The system of claim **58** wherein the performance element is generated for display proximal to the network element.

30

**61**. The system of claim **57** wherein the display characteristic comprises at least one of a group comprising an event characteristic, a performance characteristic, and a geographic characteristic.

**62**. The system of claim **61** wherein the performance characteristic is generated for display if a performance attribute occurs for a performance level.

**63**. The system of claim **61** wherein the event characteristic is generated for display if an event attribute occurs for an event level.

**64**. The system of claim **61** wherein the event characteristic is generated for display if a performance attribute occurs for an event level.

**65**. The system of claim **40** wherein the web server further is configured to materialize for the graphical interface a network element layer configured to generate for display a network element having a display characteristic corresponding to a status of a network element.

**66**. The system of claim **65** wherein the display characteristic comprises at least one member of a group comprising a color or a pattern.

**67**. The system of claim **65** wherein the display characteristic comprises a first color to indicate a healthy condition, a second color to indicate a warning condition, and a third color to indicate a critical condition.

**68**. The system of claim **65** wherein the display characteristic comprises a first color to indicate an on-air condition and a second color to indicate a future condition.

**69**. The system of claim **40** wherein the web server further is configured to materialize for the graphical interface an alarm layer configured to generate for display a network element having a display characteristic corresponding to a status of a network element.

**70**. The system of claim **69** wherein the status comprises at least one member of a group comprising an event attribute, an event, an event level, a degree of an event level, and a performance attribute.

**71**. The system of claim **69** wherein the display characteristic comprises at least one member of a group comprising a color and a pattern.

**72**. The system of claim **69** wherein the display characteristic comprises a first color to indicate a non-warning state, a second color to indicate a warning state, and a third color to indicate an alarm state.

**73**. The system of claim **40** wherein the web server further is configured to materialize for the graphical interface a performance layer configured to display at least one performance element for at least one network element.

**74**. The system of claim **73** wherein the performance layer is configured to generate for display a network element an event characteristic for an event level.

**75**. The system of claim **73** wherein the performance layer generates for display a performance element having a display characteristic corresponding to a performance level or a performance attribute of the network element.

**76**. The system of claim **75** wherein the performance element comprises a shape having a performance characteristic.

**77**. The system of claim **76** wherein the shape is generated for display concentrically around the network element and proximal to the network element.

**78**. The system of claim **40** wherein the web server further is configured to materialize for the graphical interface a coverage layer configured to identify a level of service for an area.

**79**. The system of claim **78** wherein the coverage layer is configured to generate for display a coverage element identifying the level of service.

**80**. The system of claim **79** wherein the coverage element comprises a member of a group comprising a pattern area, a color-coded area, a shape identified area, and an ordinate identification area.

US 6,343,290 B1

31

81. The system of claim 40 wherein the web server further is configured to materialize for the graphical interface a layer configured to identify a trouble area.

82. The system of claim 81 wherein the trouble area is defined by at least one member of a group comprising a pattern area, a color-coded area, an a shape defined area.

83. The system of claim 81 wherein an explanation of a problem is generated in conjunction with the trouble area.

84. The system of claim 40 wherein the web server is configured to receive configuration data for a parameter, a component, or a network element.

85. A method for managing a network using a processor comprising:

receiving a search criteria;

determining a geocode for the search criteria;

obtaining network data and geospatial data corresponding to the geocode;

transmitting the network data and the geospatial data for display to depict a location of a trouble ticket relative to a geographic element or a network element.

86. A method for managing a network using a processor comprising:

receiving a search criteria;

determining a geocode for the search criteria;

obtaining network data and geospatial data within a search range of the geocode;

transmitting the network data and the geospatial data for display with a map.

87. The method of claim 86 wherein a user browser receives the network data and the geospatial data.

88. The method of claim 86 wherein the map data comprises data depicting at least one member from a group comprising a coverage area, a trouble area, and a network data layer.

89. The method of claim 88 wherein the map comprises at least one member from a group comprising a network element, a performance element, and a geographic element.

90. The method of claim 86 wherein the network data comprises at least one member of a group comprising cell data, cell site data, trouble ticket data, performance statistic data, and network event data.

91. The method of claim 86 wherein the network data comprises call data comprising at least one member of a group comprising dropped, blocked, fast busy, and an unspecified problem.

92. The method of claim 86 further comprising receiving configuration data to configure a parameter and configuring the parameter using the configuration data.

93. The method of claim 86 further comprising receiving configuration data to configure a component and configuring the component using the configuration data.

94. A method for managing a network using a processor comprising:

receiving a search criteria at a web server;

determining a geocode for the search criteria at a geocode generator;

obtaining network data and geospatial data within a search range of the geocode at a map generator; and

transmitting the network data and the geospatial data from the web server;

wherein the network data and the geospatial data are displayable as a map having a network element and a geographic element.

95. The method of claim 94 further comprising obtaining by the web server additional network data from a database server.

96. The method of claim 94 wherein the network data comprises trouble ticket data.

32

97. The method of claim 94 wherein the network data comprises trouble ticket data that is displayable to depict a location of a trouble ticket with relation to the network element and the geographic element.

98. The method of claim 94 wherein the search criteria comprises an address.

99. A method for managing a network using a processor comprising:

materializing a graphical interface;

generating for display for the graphical interface a network element; and

generating for display for the graphical interface a performance element having a performance characteristic;

wherein the performance element corresponds to the network element.

100. The method of claim 99 wherein the performance characteristic is generated for display if a performance attribute occurs for a performance level.

101. The method of claim 100 wherein the performance attribute comprises at least one member of a group comprising an attempt, a drop, a block, a percent drop, a percent block, and a channel erlang.

102. The method of claim 100 wherein the performance element comprises a shape concentric to a network element shape.

103. The method of claim 100 wherein the performance characteristic comprises at least one member of a group comprising a color and a pattern.

104. The method of claim 100 further comprising using a logical operator with one or more performance attributes to determine if a performance level is reached for generating for display at least one member of a group comprising the performance element and a specific performance characteristic.

105. The method of claim 99 further comprising generating an event characteristic for the network element.

106. The method of claim 105 wherein the event characteristic is generated for display if an event attribute occurs for an event level.

107. The method of claim 105 wherein the event characteristic comprises at least one member of a group comprising a color and a pattern.

108. The method of claim 105 wherein the event characteristic is generated for display if a performance attribute occurs for an event level.

109. A method for managing a network using a processor comprising:

receiving trouble ticket data for a trouble ticket;

determining a geocode for a location of the trouble ticket;

obtaining network data or geospatial data corresponding to the geocode;

creating a trouble area if the trouble ticket is within a range of a selected number of other trouble tickets; and

transmitting the network data or the geospatial data for display to depict the location of the trouble ticket and the trouble area relative to the network data or the geospatial data.

110. A system for managing a network using a processor comprising:

an interface configured to receive trouble ticket data for a trouble ticket, to create a trouble area if the trouble ticket is within a range of a selected number of other trouble tickets, and to generate network data and geospatial data that, when displayed, illustrate locations of the trouble ticket and the trouble area relative to a geographic element or a network element.

* * * * *