IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CELERITASWORKS, LLC,<br><br>            Plaintiff,<br><br>      v.<br><br>T-MOBILE USA, INC.,<br><br>            Defendant. | Case No. 6:20-cv-01302 |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT
## OF PLAINTIFF CELERITASWORKS, LLC

Pursuant to F.R.C.P. Rule 7.1, plaintiff Celeritasworks, LLC, by and through the undersigned counsel, hereby submits its Corporate Disclosure Statement, and states the following:

1. Celeritasworks, LLC, a Kansas limited liability company, is a non-governmental corporation with its principal office in Wichita, Kansas.

2. Celeritasworks, LLC is wholly owned by RGS Senior Management Group, LC, a Kansas limited liability company, and no publicly held corporation holds 10% or more of Celeritasworks, LLC's stock.

                                          Respectfully Submitted,

Date:  October 30, 2020          /s/Michael B. Hurd
                                          Michael B. Hurd, KS Bar No. 12521
                                            mhurd@hoveywilliams.com
                                          HOVEY WILLIAMS LLP
                                          10801 Mastin Boulevard, Suite 1000
                                          84 Corporate Woods
                                          Overland Park, Kansas 66210
                                          (913) 647-9050   Fax: (913) 647-9057

                                          ATTORNEYS FOR PLAINTIFF